NITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINTON FROST,

   Plaintiff,

 v.

UNITED STATES OF AMERICA,

   Defendant.

Case No. 19-cv-05365-JD

**JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED**

  The Court refers this case to the Honorable Edward M. Chen to determine whether it is related to *Frost v. Office of the United States Attorney*, 19-cv-05190-EMC. Civil L.R. 3-12(c).

  **IT IS SO ORDERED.**

Dated: November 20, 2019

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

1 | UNITED STATES DISTRICT COURT
2 | NORTHERN DISTRICT OF CALIFORNIA

VINTON FROST,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 19-cv-05365-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vinton Frost
General Delivery
San Francisco, CA 94102


Dated: November 20, 2019

                                        Susan Y. Soong
                                        Clerk, United States District Court


                                        By: /s/ Lisa R. Clark
                                        LISA R. CLARK, Deputy Clerk to the
                                        Honorable JAMES DONATO